*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

NELSON MONTANO GUERRA
Plaintiff

Case No.   3:26-cv-989

VS.
PAMELA BONDI, in her official capacity
as Attorney General of the United States;
et. al.
Defendant

Judge  DOUGHTY
Magistrate Judge  PEREZ-MONTES

**ORDER**

IT IS ORDERED that Liliana Y. Gomez be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Nelson Montano Guerra in the above described action.

SO ORDERED on this, the  31st  day of  March 20  26  .

_____
U.S. Magistrate Judge